## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GREGORY CRAUDER,

  Plaintiff,                                            CASE NO.:  8:19-CV-1803-T-02JSS

v.

MATCO TOOLS CORPORATION,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the Plaintiff, GREGORY CRAUDER, and the Defendant, MATCO

TOOLS CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to

dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant

in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs

and expenses.  This dismissal resolves the entire action.

      Respectfully submitted this 23rd day of January, 2020.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Maria K. Vigilante* |
| Octavio Gomez, Esquire | Maria K. Vigilante, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 98822 |
| Morgan & Morgan Tampa,  P.A. | Blank Rome LLP |
| 201 N. Franklin Street, Suite 700 | 500 East Broward Boulevard, Suite 2100 |
| Tampa, Florida 33602 | Fort Lauderdale, FL 33394 |
| Telephone: (813) 223-5505 | Telephone: (954) 512-1800 |
| Facsimile: (813) 222-4797 | Facsimile: (954) 512-1818 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: |
| Secondary Email: | MVigilante@BlankRome.com |
| LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |